# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:20-CV-00220-MR-DSC

| | |
|---|---|
| RITA W. BARKLEY et. al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>4520 CORP. INC. et. al.,  )<br>)<br>Defendants.  ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for E. Elaine Shofner]" (document #107) filed September 16, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: September 16, 2020

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge