IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-220-MR-DCK

| | |
|---|---|
| RITA W. BARKLEY and RANDY W. BARKLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER |
| 4520 CORP., INC., et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 116) filed by Christopher R. Hampton, concerning Cheryl D. Shoun on September 21, 2020. Cheryl D. Shoun seeks to appear as counsel *pro hac vice* for Defendant Ablest, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 116) is **GRANTED**. Cheryl D. Shoun is hereby admitted *pro hac vice* to represent Defendant Ablest, Inc.

Signed: September 21, 2020

David C. Keesler
United States Magistrate Judge