IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-220-MR-DCK

| | |
|---|---|
| RITA W. BARKLEY and RANDY W. BARKLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| 4520 CORP., INC., et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 117) filed by Peter A. Santos, concerning Amy H. Geddes on September 21, 2020. Amy H. Geddes seeks to appear as counsel *pro hac vice* for Defendant FMC Corporation, on behalf of its former Peerless Pump Business. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 117) is **GRANTED**. Amy H. Geddes is hereby admitted *pro hac vice* to represent Defendant FMC Corporation, on behalf of its former Peerless Pump Business.

Signed: September 22, 2020

David C. Keesler
United States Magistrate Judge