IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-220-MR-DCK

| | |
|---|---|
| RITA W. BARKLEY and RANDY W. BARKLEY, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| 4520 CORP., INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 121) filed by Christopher B. Major, concerning Scott E. Frick on September 23, 2020. Scott E. Frick seeks to appear as counsel *pro hac vice* for Defendants Daniel International Corporation; Fluor Constructors International; Fluor Constructors International, Inc.; Fluor Daniel Services Corporation; Fluor Enterprises, Inc.; The Gorman-Rupp Company; and Union Carbide Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 121) is **GRANTED**. Scott E. Frick is hereby admitted *pro hac vice* to represent Defendants.

Signed: September 23, 2020

David C. Keesler
United States Magistrate Judge