# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:20-CV-220-MR-DCK

| | |
|---|---|
| RITA W. BARKLEY and RANDY W. BARKLEY, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 4520 CORP., INC., et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 132) filed by M. Elizabeth O'Neill, concerning Philip C. Reid on September 28, 2020. Philip C. Reid seeks to appear as counsel *pro hac vice* for Defendants Fisher Controls International LLC and Crosby Valve, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 132) is **GRANTED**. Philip C. Reid is hereby admitted *pro hac vice* to represent Defendants Fisher Controls International LLC and Crosby Valve, LLC.

Signed: September 28, 2020

David C. Keesler
United States Magistrate Judge