UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:20-cv-220

| | |
|---|---|
| RITA W. BARKLEY and <br> RANDY W. BARKLEY, <br><br> Plaintiffs, <br> v. <br><br> 4520 CORP., INC., et al. <br><br> Defendants. | JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION BY EXECUTOR
## TO BE SUBSTITUTED FOR DECEASED PLAINTIFF RITA W. BARKLEY

NOW COME THE PLAINTIFFS, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, hereby file their Motion by Executor Randy W. Barkley, Individually and as Executor of the Estate of Rita W. Barkley, deceased, to be substituted as a plaintiff in this action. In support of their motion, Plaintiffs respectfully show the Court as follows:

Plaintiff Rita W. Barkley passed away on October 4, 2020. **Exhibit 1**, Death Certificate. Randy W. Barkley is the duly qualified and appointed Executor of the Estate of Rita W. Barkley and is acting as such, as shown by the Letters Testamentary attached hereto as "**Exhibit 2**." **Exhibit 2**, Letters Testamentary. The subsequent complaint for wrongful death, which will be filed, will allege personal injury and survive the death of the Plaintiff.

1

Movant prays the Court pursuant to Rule 25 of the Rules of Civil Procedure that he be substituted as Plaintiff in this action.

Respectfully submitted on January 4, 2021,

*/s/ Kevin W. Paul*
Kevin W. Paul (MD CPF# 1112150010)
**DEAN, OMAR BRANHAM SHIRLEY, LLP**
302 North Market Street, Suite 300
Dallas, TX 75202
Ph. 214-722-5990
kpaul@dobslegal.com
Other email: spepin@dobslegal.com

*/s/ William M. Graham*
William M. Graham (NC Bar #17972)
**WALLACE & GRAHAM, P.A.**
525 North Main Street
Salisbury, NC 28144
704-633-5244
704-633-9434 (fax)
bgraham@wallacegraham.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2021 Plaintiff filed the aforementioned Motion by Executor to be Substituted for Deceased Plaintiff, via ECF filing which will serve all counsel of record in the above-referenced matter.

/s/*Kevin W. Paul*
Kevin W. Paul

3
Case 1:20-cv-00220-MR   Document 165   Filed 01/04/21   Page 3 of 3