**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 1:20-cv-220**

| | | |
|---|---|---|
| **RITA W. BARKLEY and** | § | |
| **RANDY W. BARKLEY,** | § | |
| | § | **ORDER** |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | |
| **4520 CORP., INC., et al.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER SUBSTITUTING EXECUTOR AS PLAINTIFF

This cause being heard by the undersigned Judge on Plaintiffs' Motion by Executor to be Substituted for Deceased Plaintiff, and it appearing to the Court that Rita W. Barkley is deceased and that Randy W. Barkley is the duly qualified, appointed and acting Executor of her estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named Plaintiff;

IT IS ORDERED that Randy W. Barkley is hereby substituted as Plaintiff and that the substitution shall be hereafter shown in the title to this action.

This the _____ day of _____, 2021.

_____
J.