**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:20-cv-00220-MR**

| | | |
|---|---|---|
| **RANDY W. BARKLEY, individually**<br>**and as the Executor of the Estate**<br>**of Rita W. Barkley, deceased,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiffs,** | ) <br> ) | |
| **vs.** | ) <br> ) | **O R D E R** |
| **4520 CORP., INC., et al.,** | ) <br> ) | |
| **Defendants.** | ) <br> ) <br> ) | |

**THIS MATTER** is before the Court the Unopposed Motion by Executor to Be Substituted for Deceased Plaintiff Rita W. Barkley. [Doc. 166]. The other parties to this action consent to the proposed substitution.

Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Motion [Doc. 166] is **ALLOWED**, and Randy W. Barkley, as Executor of the Estate of Rita W. Barkley, deceased, is hereby substituted as a party plaintiff in this action. The caption of this case is hereby amended accordingly.

**IT IS SO ORDERED**.     Signed: January 7, 2021

_____

Martin Reidinger