**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:20-cv-00220-MR**

| | | |
|---|---|---|
| **RITA W. BARKLEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **4520 CORP., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on the Defendant Bonitz, Inc.'s motion for the admission of attorney Daniel B. White as counsel *pro hac vice*. [Doc. 168]. Upon careful review and consideration, the Court will allow the motion.

    **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 168] is **ALLOWED**, and Daniel B. White is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

    **IT IS SO ORDERED.**

Signed: January 19, 2021

Martin Reidinger
Chief United States District Judge