THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al.,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Elliott Company. [Doc. 179].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 179] is **GRANTED**, and all the Plaintiff's claims against the Defendant Elliott Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: May 3, 2021

Martin Reidinger
Chief United States District Judge