THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RITA W. BARKLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| 4520 CORP., INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendant Great Barrier Insulation Co., Inc.'s motion for the admission of attorney Benjamin C. Smoot, II as counsel *pro hac vice*. [Doc. 187]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 187] is **ALLOWED**, and Benjamin C. Smoot, II is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 24, 2021

Martin Reidinger
Chief United States District Judge