# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| **RITA W. BARKLEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **4520 CORP., INC., et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the motion for the admission of attorney Charles J. Baker, III as counsel *pro hac vice* for the Defendants Fisher Controls International LLC, Crosby Valve, LLC, and Flowserve Corporation, f/k/a The Duriron Company, Inc. [Doc. 231]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 231] is **ALLOWED**, and Charles J. Baker, III is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

Signed: June 15, 2021

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge