THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss BW-IP, Inc. and Its Wholly-Owned Subsidiaries Only [Doc. 232].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 232] is **GRANTED**, and all the Plaintiff's claims against the Defendant BW-IP, Inc., and its wholly-owned subsidiaries are hereby **DISMISSED WITH PREJUDICE**.

Signed: June 15, 2021

IT IS SO ORDERED.

Martin Reidinger
Chief United States District Judge