**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR**

| | | |
|---|---|---|
| **RITA W. BARKLEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **4520 CORP., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the Court on the motion for the admission of attorney Christian J. Singewald as counsel *pro hac vice* for the Defendant 4520 Corp., Inc., as successor-in-interest to Benjamin F. Shaw Company. [Doc. 237]. Upon careful review and consideration, the Court will allow the motion.

  **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 237] is **ALLOWED**, and Christian J. Singewald is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

  **IT IS SO ORDERED.**

Signed: June 24, 2021

_____

Martin Reidinger
Chief United States District Judge