THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., ) ) ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Crane Co. Only [Doc. 244].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 244] is **GRANTED**, and all the Plaintiff's claims against the Defendant Crane Co. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: July 19, 2021

Martin Reidinger
Chief United States District Judge