THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased,

Plaintiff,

vs.

4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al.,

Defendants.

**O R D E R**

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Bechtel Corporation Only. [Doc. 264].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 264] is **GRANTED**, and all the Plaintiff's claims against the Defendant Bechtel Corporation only are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: September 9, 2021

Martin Reidinger
Chief United States District Judge