**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR**

| | | |
|---|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 272].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 272] is **GRANTED**, and all the Plaintiff's claims against the Defendants Fluor Daniel Services Corporation, Fluor Enterprises, Inc., and Fluor Constructors International Inc. on behalf of itself and the incorrectly named Defendant Fluor Constructors International, f/k/a Fluor Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. Signed: September 17, 2021

Martin Reidinger
Chief United States District Judge

2