THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al.,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

This is an asbestos products liability case that is currently scheduled for trial during the Court's January 10, 2022 mixed trial term. There are twenty-five (25) named Defendants still in the action. The parties have filed thirty (30) dispositive motions as of the motions deadline of September 19, 2021. [Docs. 273, 274, 277, 278, 279, 284, 286, 288, 290, 291, 293, 295, 297, 299, 301, 303, 307, 309, 311, 313, 315, 317, 318, 320, 322, 324, 326, 328, 330, 332].

In light of the number of dispositive motions pending, as well as the complex factual and legal issues raised therein, the Court concludes that the

trial of this matter should be continued so as to allow the Court adequate time to rule on such motions in advance of trial.

**IT IS, THEREFORE, ORDERED** that the trial of this matter is hereby **CONTINUED** to the Court's March 14, 2022 trial term.

**IT IS SO ORDERED.**

Signed: September 20, 2021

Martin Reidinger
Chief United States District Judge