# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 335].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 335] is **GRANTED**, and all the Plaintiff's claims against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 22, 2021

Martin Reidinger
Chief United States District Judge