THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss with Prejudice as to Defendant Aurora Pump Company. [Doc. 343].

The Plaintiff named Aurora Pump Company as a defendant when he filed the original Complaint. [Doc. 1]. On May 7, 2021, the Plaintiff filed an Amended Complaint which did not name Aurora Pump Company as a defendant. [Doc. 185]. Thus, Aurora Pump Company was terminated as a defendant in this case, albeit without prejudice. The Plaintiff now moves to dismiss his claims against this Defendant with prejudice. For cause shown, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 343] is **GRANTED**, and all the Plaintiff's claims against the Defendant Aurora Pump Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge