THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., ) ) ) ) Defendants. ) ) | O R D E R |

**THIS MATTER** is before the Court on Armstrong International, Inc.'s Motion for Summary Judgment [Doc. 290] and the parties' Joint Motion to Dismiss [Doc. 361].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 361] is **GRANTED**, and all the Plaintiff's claims against the Defendant Armstrong International, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Armstrong International, Inc.'s Motion for Summary Judgment [Doc. 290] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge