THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

RANDY W. BARKLEY, Individually )
and as the Executor of the Estate of )
Rita W. Barkley, Deceased, )
                                                                )
                    **Plaintiff,**    )
                                                               )
            vs.                       )        <u>**O R D E R**</u>

4520 CORP., INC., Individually and )
as Successor-in-Interest to )
Benjamin F. Shaw Company, et al., )
                      **Defendants.**  )
_____ )

**THIS MATTER** is before the Court on Southern Insulation, Inc.'s Motion to Exclude John Maddox, M.D. [Doc. 309]; Southern Insulation, Inc.'s Motion to Exclude Edwin Holstein, M.D. [Doc. 313]; Southern Insulation, Inc.'s Motion for Summary Judgment [Doc. 320]; and the parties' Joint Motion to Dismiss Without Prejudice [Doc. 359].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 359] is **GRANTED**, and all the Plaintiff's claims against the Defendant Southern Insulation, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Southern Insulation, Inc.'s Motion to Exclude John Maddox, M.D. [Doc. 309]; Motion to Exclude Edwin Holstein, M.D. [Doc. 313]; and Motion for Summary Judgment [Doc. 320] are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge