# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Fisher Controls International LLC's Motion for Summary Judgment [Doc. 277]; the Defendant Crosby Valve, LLC's Motion for Summary Judgment [Doc. 279]; the Defendants Fisher Controls International LLC and Crosby Valve, LLC's Motion to Exclude the Testimony of Edwin Holstein [Doc. 284]; the parties' Joint Motion to Dismiss without Prejudice as to Defendant Crosby Valve, LLC [Doc. 340]; and the parties' Joint Motion to Dismiss without Prejudice as to Defendant Fisher Controls International LLC [Doc. 341].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 340] is **GRANTED**, and all the Plaintiff's claims against the Defendant Crosby Valve, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties' Joint Motion to Dismiss [Doc. 341] is **GRANTED**, and all the Plaintiff's claims against the Defendant Fisher Controls International LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Fisher Controls International LLC's Motion for Summary Judgment [Doc. 277]; the Defendant Crosby Valve, LLC's Motion for Summary Judgment [Doc. 279]; and the Defendants Fisher Controls International LLC and Crosby Valve, LLC's Motion to Exclude the Testimony of Edwin Holstein [Doc. 284] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**   Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge