THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

RANDY W. BARKLEY, Individually )
and as the Executor of the Estate of )
Rita W. Barkley, Deceased, )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)
　　vs. )　　**O R D E R**
　　　　　　　　　　　　　　　　　)
4520 CORP., INC., Individually and )
as Successor-in-Interest to )
Benjamin F. Shaw Company, et al., )
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants. )
_____ )

**THIS MATTER** is before the Court on the Motion for Summary Judgment [Doc. 286] and Motion to Exclude the Testimony of Edwin Holstein [Doc. 288] filed by the Defendant Flowserve Corporation f/k/a The Duriron Company. Also before the Court is the parties' Joint Motion to Dismiss without Prejudice as to Defendant Flowserve Corporation f/k/a The Duriron Company Inc. [Doc. 342].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 342] is **GRANTED**, and all the Plaintiff's claims against the

Defendant Flowserve Corporation f/k/a The Duriron Company Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment [Doc. 286] and Motion to Exclude the Testimony of Edwin Holstein [Doc. 288] filed by the Defendant Flowserve Corporation f/k/a The Duriron Company are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: October 25, 2021

Martin Reidinger
Chief United States District Judge