THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

RANDY W. BARKLEY, Individually )
and as the Executor of the Estate of )
Rita W. Barkley, Deceased, )
)
        Plaintiff, )
)
vs. )    **O R D E R**
)
4520 CORP., INC., Individually and )
as Successor-in-Interest to )
Benjamin F. Shaw Company, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant FMC Corporation [Doc. 364].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 364] is **GRANTED**, and all the Plaintiff's claims against the Defendant FMC Corporation, on behalf of its former Peerless Pump business are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: October 26, 2021

Martin Reidinger
Chief United States District Judge