# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Zurn Industries, LLC's Motion for Summary Judgment [Doc. 303] and the parties' Joint Motion to Dismiss Zurn Industries, LLC [Doc. 382].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 382] is **GRANTED**, and all the Plaintiff's claims against the Defendant Zurn Industries, LLC, sued herein as Zurn Industries, LLC, individually and as successor-in-interest to Zurn Industries, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Zurn Industries, LLC's Motion for Summary Judgment [Doc. 303] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: November 18, 2021

Martin Reidinger
Chief United States District Judge