THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Grinnell LLC [Doc. 379].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 379] is **GRANTED**, and all the Plaintiff's claims against the Defendant Grinnell LLC, sued as Grinnell LLC d/b/a Grinnell Corporation, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: November 18, 2021

Martin Reidinger
Chief United States District Judge