THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) 4520 CORP., INC., Individually and ) as Successor-in-Interest to ) Benjamin F. Shaw Company, et al., ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant The Gorman-Rupp Company's Motion for Summary Judgment [Doc. 297] and the parties' Joint Motion to Dismiss The Gorman-Rupp Company. [Doc. 387].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 387] is **GRANTED**, and all the Plaintiff's claims against the Defendant The Gorman-Rupp Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant The Gorman-Rupp Company's Motion for Summary Judgment [Doc. 297] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: December 17, 2021

Martin Reidinger
Chief United States District Judge