THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | |
|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, )<br><br>Plaintiff, )<br><br>vs. )<br><br>4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Flowserve US Inc.'s Motion for Summary Judgment [Doc. 332] and the parties' Joint Motion to Dismiss [Doc. 389].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 389] is **GRANTED**, and all the Plaintiff's claims against the Defendant Flowserve US, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Flowserve US Inc.'s Motion for Summary Judgment [Doc. 332] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 3, 2022

Martin Reidinger
Chief United States District Judge