**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR**

RANDY W. BARKLEY, Individually   )
and as the Executor of the Estate of   )
Rita W. Barkley, Deceased,   )
  )
          Plaintiff,   )
  )
      vs.   )   **O R D E R**
  )
4520 CORP., INC., Individually and   )
as Successor-in-Interest to   )
Benjamin F. Shaw Company, et al.,   )
  )
        Defendants.   )
_____ )

**THIS MATTER** is before the Court on the Defendant The William Powell Company's Motion for Summary Judgment [Doc. 330] and the parties' Joint Motion to Dismiss [Doc. 392].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 392] is **GRANTED**, and all the Plaintiff's claims against the Defendant The William Powell Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant The William Powell Company's Motion for Summary Judgment [Doc. 330] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: January 5, 2022

Martin Reidinger
Chief United States District Judge

2