THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00220-MR

| | | |
|---|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Defendant Covil Corporation's Motion for Summary Judgment [Doc. 318]; the Defendant Covil Corporation's Motion to Exclude Expert Opinion Testimony of Edwin Holstein, M.D. [Doc. 322]; the Defendant Covil Corporation's Motion to Exclude Expert Opinion Testimony of John C. Maddox, M.D. and Arnold R. Brody, Ph.D. [Doc. 324]; and the parties' Joint Motion to Dismiss [Doc. 399].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 399] is **GRANTED**, and all the Plaintiff's claims against the Defendant Covil Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Covil Corporation's Motion for Summary Judgment [Doc. 318], Motion to Exclude Expert Opinion Testimony of Edwin Holstein, M.D. [Doc. 322], and Motion to Exclude Expert Opinion Testimony of John C. Maddox, M.D. and Arnold R. Brody, Ph.D. [Doc. 324] are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

*[Signature]*

Martin Reidinger
Chief United States District Judge