# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RANDY W. BARKLEY, Individually and as the Executor of the Estate of Rita W. Barkley, Deceased, | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:20-cv-00220-MR |
| vs. | ) ) | |
| 4520 CORP., INC., Individually and as Successor-in-Interest to Benjamin F. Shaw Company, et al., | ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2022 Order.

March 11, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court